RECEIVED
IN LAKE CHARLES, LA

JAN 13 2011
PAM
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| GOLDIE MAE JACK | : | DOCKET NO. 10 CV1730 |
| VS. | : | JUDGE MINALDI |
| RONALD DOUCET | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the plaintiff's Motion for Appointment of Counsel be DENIED;

IT IS FURTHER ORDERED that the plaintiff's complaint be DISMISSED for lack of subject-matter jurisdiction.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this 12 day of January 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE